1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
9                                   SEATTLE DIVISION

10   STEVEN J. LEICHT, JR.,                         Civil No. 2:16-CV-01978-TSZ

11          Plaintiff,

12          vs.                                     ORDER

13   NANCY A. BERRYHILL,
     Acting Commissioner of Social Security,
14
            Defendant.
15
            Based on the stipulation between the parties it is hereby ORDERED that the above-
16
     captioned case be reversed and remanded for further administrative proceedings pursuant to
17
     sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) shall offer
18
     Plaintiff an opportunity for a new hearing and issue a new decision. The ALJ will:
19
        1. Consider the evidence as a whole, and provide Plaintiff with an opportunity to submit
20         additional evidence;
        2. Reevaluate the medical evidence as a whole;
21      3. Reevaluate Plaintiff's testimony;
        4. Reassess Plaintiff's residual functional capacity and provide rationale for the assessed
22         limitations;
        5. If necessary, obtain medical expert evidence regarding Plaintiff's mental impairments;
23      6. Further assess the materiality of drug and alcohol abuse; and
        7. If warranted, obtain vocational expert evidence at steps four and five.

     Page 1      ORDER - [2:16-CV-01978-TSZ]

1

2

3    The parties agree that reasonable attorney fees will be awarded under the Equal Access to Justice

     Act, 28 U.S.C. § 2412, upon proper request to the Court.

4

5

           DATED this 6th day of October, 2017.

6

7                                                    _____
                                                     Thomas S. Zilly

8                                                    United States District Judge

9

10

11

     Presented by:

12

     s/ L. Jamala Edwards

13   L. JAMALA EDWARDS
     Special Assistant U.S. Attorney

14   Office of the General Counsel
     Social Security Administration

15   701 Fifth Avenue, Suite 2900 M/S 221A
     Seattle, WA 98104-7075

16   Telephone:  (866) 495-0039 x 35143
     Fax:  (206) 615-2531

17   jamala.edwards@ssa.gov

18

19

20

21

22

23

     Page 2      ORDER - [2:16-CV-01978-TSZ]