# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE

| | |
|---|---|
| STEVEN JAMES LEICHT JR., | ) Case No.: 2:16-CV-01978 |
| Plaintiff, | ) |
| v. | ) ORDER |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, Defendant | ) |

The parties' stipulated motion, docket no. 20, is GRANTED as follows. Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ordered that EAJA attorney's fees of $5,966.00, adjusted for increases in the cost of living, shall be awarded to Plaintiff. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), if it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Tha Win, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Tha Win, at 606 Maynard Ave. South, Suite 201, Seattle, WA 98104.

Dated this 17th day of November, 2017.

*/s/ Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

ORDER - 1

THA WIN, ATTORNEY
606 Maynard Avenue South, Suite 201
SEATTLE, WA 98104

Presented by:

/s/_____

Tha Win WSB #23217
Attorney for Plaintiff
606 Maynard Avenue South, Suite 201
Seattle, WA 98104
Phone 206 903-0289
Fax 206 720-9710

ORDER - 2